

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CONSTANTINE PETER KALLAS,<br>and<br>MARIA GABRIELA KALLAS,<br><br>　　　　　Defendants. | ED CR 08- 128-SGL<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 201(b)(2):<br>Acceptance of Bribe by Public<br>Official; 18 U.S.C. § 2(a):<br>Aiding and Abetting] |

The Grand Jury charges:

[18 U.S.C. §§ 201(b)(2), 2(a)]

On or about June 26, 2008, in San Bernardino County, within the Central District of California, defendant CONSTANTINE PETER KALLAS, a public official, namely an Assistant Chief Counsel within Immigration and Customs Enforcement, a branch within the United States Department of Homeland Security, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for (1) being influenced in the performance of an official act, (2) being influenced to commit and

ROA:roa

aid in committing, and to collude in, and allow, and to make opportunity for the commission of a fraud on the United States, and (3) being induced to do an act and omit to do an act in violation of his official duty. In doing so, defendant CONSTANTINE PETER KALLAS accepted payment of $20,000 from M.S., an undocumented alien residing in the United States, in exchange for promising to obtain work authorization and legal permanent residency status for M.S.

At the above time and place, defendant MARIA GABRIELA KALLAS aided, abetted, counseled, commanded, induced and procured the commission of the offense alleged above.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Office

RAYMOND O. AGHAIAN
Assistant United States Attorney